UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



------------------------------------

UNITED STATES OF AMERICA

-vs-

Wendy Cox

ORDER OF REFERRAL

CR-05-481 (ARR)

------------------------------------

The defendant, <u>Wendy Cox</u>, having asked for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge <u>Pollak</u> to administer the allocution pursuant to F.R.Crim.P. Rule 11, and make a finding as to whether the plea is knowingly and voluntarily made and to make a recommendation as to whether the plea of guilty should be accepted.

I would appreciate it if the Magistrate Judge would use the allocution that I use in taking a guilty plea.

SO ORDERED:

UNITED STATES DISTRICT JUDGE

AUSA: [signature]

DEFT: Wendy Cox

DEFENSE COUNSEL: [signature]

Dated: Brooklyn, New York
Jul. 15, 2005

USMJ