UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

Wendy Cox

Docket No. 05 cr 481 (ARR)



## CONSENT TO HAVE A PLEA TAKEN BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
U. S. Attorney
by AUSA

_____
Defendant

_____
Defendant's Attorney

Dated: Brooklyn, New York
July 15, 2005

BEFORE:
_____
UNITED STATES MAGISTRATE JUDGE
CHERYL POLLAK